IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TRESCA GREEN, | * |
| Plaintiff, | * |
| v. | Case No. 5:22-cv-10-MTT |
| | * |
| ARTHUR MANN, SAMUEL CORALUZZO CO., INC. d/b/a S CORALUZZO CO., INC., PENCO LEASING, LLC and UNKNOWN CORPORATIONS XYZ, | * |
| | * |
| Defendants. | |

## JUDGMENT

Pursuant to this Court's Order dated March 21, 2022, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 21st day of March, 2022.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk